**Order entered April 22, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00232-CV

**ROSE TRADING, LLC, Appellant**

**V.**

**WEI WEI AND BRIAN HUNTER, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12859**

### ORDER

Before the Court is the April 20, 2021 request of Tenesa Shaw, Official Court Reporter for the 192nd Judicial District Court, for an extension of time to file the reporter's record in this accelerated appeal. Ms. Shaw states the reporter's record consists of four volumes that were recorded by her and two other court reporters. She further states that appellant has not yet paid their respective fees for preparing the record. We **GRANT** the request. We **ORDER** Ms. Shaw, as the Official Court Reporter, to file, by **May 3, 2021**, either the reporter's record or

written confirmation that appellant has failed to pay the fees for preparing the record. We caution appellant that if the Court receives written confirmation of no payment, we will order the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Shaw and all parties.

/s/ BONNIE LEE GOLDSTEIN
JUSTICE